```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Mei Ping (Barbara) Matsumura and         )
Carl Milner, as Trustee of the Trust     )
U/W/O Arthur Cutler,                     )
                                         )
                Plaintiffs,              )     Case No. 06 Civ. 7609 (NRB)
                                         )
-against-                                )     Electronically Filed
                                         )
Benihana National Corporation, and       )
Haru Holding Corp.,                      )
                                         )
                Defendants.              )
------------------------------------------------------x

### STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

**WHEREAS**, the parties to this above-captioned matter (the "Action"), Mei Ping (Barbara) Matsumura ("Matsumura"), Carl Milner, as Trustee of the Trust U/W/O Arthur Cutler (the "Trust") (each, a "Plaintiff"), and Benihana National Corporation and Haru Holding Corporation (together, "Benihana") (Benihana and Plaintiffs together, the "Parties"), by and through their undersigned counsel, hereby stipulate to the settlement of this Action, pursuant to the terms set forth below and as further set forth in the Settlement Agreement entered into by and between the Parties, dated July ___, 2014 (the "Agreement"), and further wish to dismiss with prejudice all claims in the Action such that no claims remain:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, Plaintiffs shall pay to Benihana the total sum as set forth in Paragraph 1 of the Agreement in settlement of any and all claims between Matsumura and the Trust, on one hand, and Benihana, on the other hand, including without limitation any claim that Benihana might have for attorneys' fees in this Action. Matsumura shall pay to Benihana the amounts specified in Paragraph 1(a) on dates set forth therein

(July 31, 2014 and January 31, 2015). The Trust likewise shall pay to Benihana the amounts specified in Paragraph 1(b) on dates set forth therein (July 31, 2014 and January 31, 2015). Should Matsumura fail to make payment as provided in Paragraph 1(a) of the Agreement, or should the Trust fail to make payment as provided in Paragraph 1(b) of the Agreement, and should such Plaintiff fail to cure within five (5) business days of notice, as provided in the Agreement, Benihana will be entitled to a judgment in the full amount of the then unpaid settlement balance against that Plaintiff who failed to make a required payment; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that in the event that a Plaintiff fails to make any payment required under the Agreement (a "Breaching Plaintiff"), the general release of claims provided to that Breaching Plaintiff by Benihana in the Agreement shall immediately be deemed null and void and Benihana shall be entitled to seek the entry of judgment in this Court or, in the event that this Court no longer has jurisdiction over this matter, other appropriate relief against that Breaching Plaintiff, including seeking recovery of attorney's fees pursuant to this Court's determination that Benihana was the "prevailing party" in this Action (provided that the Breaching Plaintiff shall not be entitled to state any claims for contribution against the other Plaintiff); and

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** by and among the Parties, through their undersigned counsel, that pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims in the Action shall be and are hereby dismissed with prejudice, with each Party to bear its own costs. This Court shall retain jurisdiction of this matter to enforce the terms of this Agreement; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** the parties shall file with the Second Circuit Court of Appeals a Stipulation of Voluntary Dismissal pursuant to FED. R. APP.

2

P. 42, with each Party to bear its own costs, dismissing with prejudice all appeals raised with respect to the Action.

Dated: July 29, 2014
New York, New York

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

By: _____
Joseph A. Piesco, Jr.
jpiesco@kasowitz.com

*Attorney for Plaintiff*
*Mei Ping (Barbara) Matsumura*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Suite 220, Museum Tower
150 West Flagler Street
Miami, Florida 33130
Tel.: (305) 789-3200
Fax: (305) 789-3395

By: _____
Alan H. Fein
afein@stearnsweaver.com

*Attorneys for Defendants Benihana National Corp. and Haru Holding Corp.*

DEUTSCH, METZ & DEUTSCH, LLP
18 East 41st Street, Sixth Floor
New York, New York 10017
Tel.: (212) 684-1111
Fax: (212) 684-1113

By: _____
Alfred N. Metz
almetz@dmdlegalny.com

*Attorneys for Plaintiffs Mei Ping (Barbara) Matsumura and Carl Milner, as Trustee of the Trust, u/w/o Arthur Cutler*

So Ordered this 4th day of August, 2014
New York, New York

_____
The Honorable Naomi R. Buchwald, U.S.D.J.

3